UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALISON R. SUGGS, SR.** | * CASE NO. 13-25 |
| | * |
| **VERSUS** | * MAG. JUDGE BOURGEOIS |
| | * |
| **CENTRAL OIL OF BATON ROUGE, LLC** | * |

## FINAL AFFIDAVIT OF SETTLEMENT EFFORTS

Plaintiff's counsel made a settlement offer to the defendant on July 23, 2014.

Defendant's counsel has attempted but has been unable to meet with the defendants regarding a counter-offer but expects to have a counter-offer to plaintiff's counsel tomorrow or Friday.

**RESPECTFULLY SUBMITTED,**

BY:    /s/ Paul F. Bell
Paul F. Bell (Bar #30391)
**Bell Law Firm, LLC**
4949 Tulane Drive
Baton Rouge, Louisiana  70808
Telephone: (225) 284-3235
Facsimile: 888-812-7933     Bz9@cox.net
Attorney for Alison R. Suggs, Sr.

BY:    /s/ Kelly N. Clay
Kelly N. Clay (Bar #31104)
**Snellings, Bread, Sartor, Inabnett
 & Trascher, LLP**
P.O. Box 2055
Monroe, Louisiana 71207
Ph. 318-387-8000, ext 24
Fax: 318-387-8200
Attorneys for Central Oil of Baton Rouge, LLC

### SERVICE  INFORMATION

I certify that I filed on 13th of August, 2014 a true copy of the above document to the CM/ECF PACER System.  It would be delivered to all counsel with notification privileges.
         */s/ Paul F. Bell*