UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALISON R. SUGGS, SR. | CIVIL ACTION |
| VERSUS | NUMBER 13-25-RLB |
| CENTRAL OIL OF BATON ROUGE, LLC | CONSENT CASE |

## ORDER

The Court having been advised by counsel for the parties that the above action has been settled:

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana, on September 5, 2014.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

Jury

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 12253893603 |
| FROM | Paul F. Bell |
| DATE | 2014-09-05 18:38:49 GMT |
| RE | Suggs v Central Oil: Request for 60-day dismissal |

## COVER MESSAGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALISON R. SUGGS, SR.          CIVIL ACTION NUMBER: 13CV-00025
VERSUS                        JUDGE SHELLY DICK
CENTRAL OIL OF BATON ROUGE, LLC   MAGISTRATE JUDGE: BOURGEOIS

TO: Judge Richard Bourgeois

Plaintiff Suggs has signed a settlement agreement in this case and awaits the settlement check. I have spoken with opposing counsel regarding this matter and Ms. Clay agreed in general with the following request.

Can the Court order the dismissal of this case without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen the action if settlement is not consummated?

Thank you,

Respectfully submitted,
/s/ Paul F. Bell

Bell Law Firm, LLC
4949 Tulane Drive
Baton Rouge, LA 70808
Telephone : 225.284-3235
Facsimile : 888.812.7933
Attorney for Complainant

cc:
Kelly N. Clay
Snellings, Breard, Sartor, Inabnett & Trascher
1503 North 19th Street

Post Office Box 2055
Monroe, LA 71207-2055
Telephone : 318.387.8000
Facsimile : 318.387.8200
Attorneys for Defendant

WWW.MYFAX.COM