UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALISON R. SUGGS, SR.** | **CIVIL ACTION NUMBER: 13-25** |
| **VERSUS** | **JUDGE SHELLY D. DICK** |
| **CENTRAL OIL OF BATON ROUGE, LLC** | **MAGISTRATE JUDGE BOURGEOIS** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **Alison R. Suggs, Sr.**, and defendant, **Central Oil of Baton Rouge, LLC,** that, with respect, move as follows:

1.

The parties have reached a settlement in the above captioned matter.

2.

Under the settlement agreement, all claims and causes of action brought in the above captioned matter were resolved to the mutual satisfaction of all parties herein.

3.

Plaintiff and Defendant, therefore, jointly move this Honorable Court for an Order dismissing all claims against Defendant, with prejudice, with each party to bear respective Court costs.

**WHEREFORE,** the foregoing premises considered, Plaintiff, **Alison R. Suggs, Sr.**, and Defendant, **Central Oil of Baton Rouge, LLC**, pray that this matter be dismissed, with prejudice, with each party to bear respective Court costs, and removed from the docket of this Honorable Court.

Respectfully submitted,

/s/ *Paul F. Bell*
Paul F. Bell        Bar No. 30391
BELL LAW FIRM, LLC
4949 Tulane Drive
Baton Rouge, LA 70808
Telephone    :    225.284-3235
Facsimile    :    888.812.7933
**Attorney for Plaintiff**


/s/ *Donald J. Anzelmo*
Donald J. Anzelmo    Bar No. 2530

/s/ *Kelly N. Clay*
Kelly N. Clay        Bar No. 31104
Snellings, Breard, Sartor, Inabnett &
        Trascher
1503 North 19th Street
Post Office Box 2055
Monroe, LA 71207-2055
Telephone    :    318.387.8000
Facsimile    :    318.387.8200
**Attorneys for Defendant**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALISON R. SUGGS, SR.** | **CIVIL ACTION NUMBER: 13CV-00025** |
| **VERSUS** | **JUDGE:** |
| **CENTRAL OIL OF BATON ROUGE, LLC** | **MAGISTRATE JUDGE: BOURGEOIS** |

## O R D E R

The foregoing being considered:

**IT IS HEREBY ORDERED** that the captioned matter be dismissed with prejudice, with each party to bear respective Court costs.

**THUS DONE AND SIGNED** in Baton Rouge, Louisiana, this _____ day of _____, 2014.

_____
Richard L. Bourgeois, Jr.
United States Magistrate Judge