UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALISON R. SUGGS, SR. | CIVIL ACTION |
| VERSUS | NUMBER: 13-25-RLB |
| CENTRAL OIL OF BATON ROUGE, LLC | CONSENT CASE |

**O R D E R**

Considering the Joint Motion to Dismiss With Prejudice (R. Doc. 48),

**IT IS HEREBY ORDERED** that the captioned matter be dismissed with prejudice, with each party to bear respective Court costs.

Signed in Baton Rouge, Louisiana, on October 29, 2014.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE